No. 71–5656.  Philpott et al. v. Essex County Welfare Board.  Sup. Ct. N. J.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  ■

No. 71–849.  Grimes v. Department of Alcoholic Beverage Control of California et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–980.  Powell v. Arkansas.  Sup. Ct. Ark. Certiorari denied.

No. 71–986.  Crestfield v. Texas.  Ct. Crim. App. Tex.  Certiorari denied.

No. 71–1049.  Altom v. United States.  C. A. 7th Cir.  Certiorari denied.

No. 71–1064.  Grunberger v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 71–1066.  Colasurdo et al. v. United States. C. A. 2d Cir.  Certiorari denied.

No. 71–1083.  Coblentz v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 71–1086.  Masiello v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 71–1087.  Ream v. Ohio.  Ct. App. Ohio, Hancock County.  Certiorari denied.

No. 71–1088.  Morado et al. v. United States.  C. A. 5th Cir.  Certiorari denied.